IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEFFREY CRAIG PORTER, JR; KRP (a juvenile),<br><br>Plaintiffs,<br><br>vs.<br><br>DARBY DEPUTY MARSHAL JOHN RINGER, BOTH AS AN INDIVIDUAL AND IN HIS CAPACITY AS DARBY DEPUTY MARSHAL; DARBY MARSHAL LARRY ROSE, BOTH AS AN INDIVIDUAL AND IN HIS CAPACITY AS DARBY MARSHAL; RAVALLI COUNTY SHERIFF'S DEPUTY DANIEL MENDONCA, AS AN INDIVIDUAL AND IN HIS CAPACITY AS A RAVALLI COUNTY DEPUTY SHERRIF; RAVALLI COUNTY SHERIFF'S LIEUTENANT JONATHAN MOLES, AS AN INDIVIDUAL AND IN HIS CAPACITY AS A RAVALLI COUNTY DEPUTY SHERIFF; TOWN OF DARBY MONTANA,<br><br>Defendants. | CV 20-125-M-KLD<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

1

The parties have filed a Stipulation for Dismissal with Prejudice (Doc 37). Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 2nd day of June, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge